# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT GONZALEZ, | ) | No. CV 13-6826-JGB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| FOULK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: December 14, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE